**Rona Rosemond ANSAH,**
**Plaintiff-Appellant,**

v.

**WALMART STORES, INC.,**
**Defendant-Appellee.**

No. 17-1300

United States Court of Appeals,
Fourth Circuit.

Submitted: July 20, 2017

Decided: July 24, 2017

Rona Rosemond Ansah, Appellant Pro Se. John Mark Murdock, BENTON POTTER MURDOCK, PC, Falls Church, Virginia, for Appellee.

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rona Rosemond Ansah appeals the district court's order dismissing her civil action for failure to state a claim under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we deny Ansah leave to proceed in forma pauperis and dismiss for the reasons stated by the district court. *Ansah v. WalMart Stores, Inc.*, No. 1:16-cv-01351-JCC-IDD, 2017 WL 497372 (E.D. Va. Feb. 7, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*